UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-21207-CIV-ALTONAGA/Reid

DANIEL ALBERTO ROSALES
MORAN,

      Plaintiff,

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants' Unopposed Motion for Enlargement of Time to Respond [ECF No. 14], filed on April 17, 2026. On February 24, 2026, Plaintiff, Daniel Alberto Rosales Moran filed a Complaint [ECF No. 1], seeking an order "compelling Defendants to (i) conduct Plaintiff's asylum interview within the next 30 days; and (ii) issue a decision on Plaintiff's asylum claim in the 30 days following Plaintiff's interview[.]" (*Id.* 7 (alteration added)).[1] Defendants conducted Plaintiff's interview on April 13, 2026 but need additional time to adjudicate his asylum application. (*See* Mot. 1–2). To conserve the parties' and judicial resources, it is

      **ORDERED AND ADJUDGED** as follows:

      1. The Clerk of Court is instructed to mark the case as **CLOSED** for administrative purposes only.

---

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.

CASE NO. 26-21207-CIV-ALTONAGA/Reid

2.  The parties have until **July 20, 2026** to request that this matter be re-opened, should Defendants not render a decision on Plaintiff's asylum claim.  Any motion to reopen must be accompanied by a proposed joint scheduling report.

3.  Defendants' Unopposed Motion for Enlargement of Time to Respond **[ECF No. 14]** is **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 17th day of April, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2